NOT DESIGNATED FOR PUBLICATION

No. 114,467

IN THE COURT OF APPEALS OF THE STATE OF KANSAS

LATA TOMLINSON,
Trustee for the TOMLINSON NOBLE TRUST,
*Appellant*,

v.

JOHNATHAN SMITH and SABRINA SMITH,
*Appellees*.

MEMORANDUM OPINION

Appeal from Sedgwick District Court; TIMOTHY H. HENDERSON, judge. Opinion filed September 9, 2016. Affirmed.

*Nicholas R. Grillot*, of Hinkle Law Firm, LLC, of Wichita, for appellant.

No appearance by appellees.

Before ATCHESON, P.J., LEBEN, J., and HEBERT, S.J.

*Per Curiam*:  Lata Tomlinson, as trustee of the Tomlinson Noble Trust, filed suit in the district court against Jonathan and Sabrina Smith for rent allegedly owed for November and December 2013 pursuant to a residential lease.  Tomlinson also sought return of certain personal property.  On June 9, 2015, the district court conducted a bench trial at which Tomlinson appeared with counsel and the Smiths appeared pro se.

On July 23, 2015, the district court filed a written journal entry of judgment, denying Tomlinson's claim for rent and adjudicating the personal property issues. Tomlinson appeals from this judgment.  The Smiths did not file an appellate brief.

1

The journal entry of judgment sets forth findings of fact which are supported by substantial competent evidence and adequately explains the decision of the district court, and we affirm by summary opinion under Supreme Court Rule 7.042 (2015 Kan. Ct. R. Annot. 68).

Affirmed under Rule 7.042 (b)(3) and (5).